# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| DEBBIE HUGHEY, | : No. 133 EM 2017 |
| Petitioner | : |
| v. | : |
| WORKERS' COMPENSATION APPEAL BOARD (ANDORRA WOODS HEALTHCARE CENTER, GALLAGHER BASSETT SERVICES, ACE AMERICAN INSURANCE COMPANY, UNINSURED EMPLOYER'S GUARANTY FUND, AND REST HAVEN NURSING CENTER), | : |
| Respondents | : |
| DEBBIE HUGHEY, | : No. 134 EM 2017 |
| Petitioner | : |
| v. | : |
| WORKERS' COMPENSATION APPEAL BOARD (ANDORRA WOODS HEALTHCARE CENTER, GALLAGHER BASSETT SERVICES, ACE AMERICAN INSURANCE COMPANY, UNINSURED EMPLOYER'S GUARANTY FUND, AND REST HAVEN NURSING CENTER), | : |
| Respondents | : |
| DEBBIE HUGHEY, | : No. 135 EM 2017 |
| Petitioner | : |
| v. | : |

WORKERS' COMPENSATION APPEAL
BOARD (REST HAVEN NURSING
CENTER WHITEMARSH INC.,
GALLAGHER BASSETT SERVICES,
ANDORRA WOODS HEALTHCARE, ACE
AMERICAN INSURANCE COMPANY
AND UNINSURED EMPLOYER'S
GUARANTY FUND CENTER),

        Respondents

DEBBIE HUGHEY,

        Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (REST HAVEN NURSING
CENTER WHITEMARSH INC.,
GALLAGHER BASSETT SERVICES,
ANDORRA WOODS HEALTHCARE, ACE
AMERICAN INSURANCE COMPANY
AND UNINSURED EMPLOYER'S
GUARANTY FUND CENTER),

        Respondents

DEBBIE HUGHEY,

        Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (ANDORRA WOODS
HEALTHCARE CENTER, GALLAGHER
BASSETT SERVICES, ACE AMERICAN
INSURANCE COMPANY, UNINSURED
EMPLOYER'S GUARANTY FUND, AND

No. 136 EM 2017

No. 137 EM 2017

REST HAVEN NURSING CENTER),     :
:
     Respondents     :

DEBBIE HUGHEY,     :  No. 138 EM 2017
:
     Petitioner     :
:
:
     v.     :
:
:
WORKERS' COMPENSATION APPEAL     :
BOARD (ACE AMERICAN INSURANCE     :
COMPANY, ANDORRA WOODS     :
HEALTHCARE CENTER, ESIS     :
NORTHEAST WC CLAIMS, UNINSURED     :
EMPLOYER'S GUARANTY FUND),     :
:
     Respondents     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of January, 2018, the Petition for Review is DENIED.